```
1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772
```



FILED
NOV 1 0 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-449 KJM |
| Plaintiff, | **PLAINTIFF'S EX PARTE MOTION TO UNSEAL SEARCH WARRANT RELATED DOCUMENTS AND ORDER THEREON** |
| v. | |
| BRYAN SCHWEDER, et al., | Court: Hon. Dale A. Drozd |
| Defendants. | |

Plaintiff United States of America respectfully moves _ex parte_ to unseal the five search warrants issued by this Court, the affidavits submitted in support of the issuance of the search warrants, and any previously issued sealing orders that, in large part, led to the Indictment in this case. The search warrants numbers involved are: 2:11-SW-0413 KJN, 2:11-SW-0414 KJN, 2:11-SW-0415 KJN, 2:11-SW-0416 KJN, and 2:11-SW-0417 KJN. The United States advises the Court that the need for sealing these previously sealed documents no longer exists as the investigation has been made public by the arrests of most of the defendants named

///

in the Indictment, and the United States desires to produce these documents as discovery to defendants.

Dated: November 10, 2011

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Samuel Wong

SAMUEL WONG
Assistant U.S. Attorney

**ORDER**

The Court having received, read, and considered the United States' <u>ex parte</u> motion to unseal: (1) the five search warrants issued by this Court; (2) the affidavits submitted in support of the issuance of the search warrants; and (3) any previously issued sealing orders, in Court file numbers 2:11-SW-0413 KJN, 2:11-SW-0414 KJN, 2:11-SW-0415 KJN, 2:11-SW-0416 KJN, and 2:11-SW-0417 KJN, and good cause appearing therefrom,

It is hereby ordered that the motion is hereby granted and the above-described documents are hereby ordered unsealed.

Dated: November 10, 2011

/s/ Dale A. Drozd
DALE A. DROZD
United States Magistrate Judge