UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-449-KJM |
| Plaintiff, | |
| v. | ORDER |
| BRIAN JUSTIN PICKARD, et al., | |
| Defendants. | |

The court held a hearing in this matter on May 21, 2014, and provided tentative guidance on the subject matter raised by the four questions the court had posed to the parties in a prior order (ECF 271 at 3-4).

In light of discussion with the parties, the court vacates **June 2, 2014** as the date for the pre-evidentiary hearing date and sets new dates as follows.

Defendants shall file their proffers of witnesses and declarations that will serve as direct testimony by **June 20, 2014**. Plaintiff shall file its proffers of witnesses and declarations that will serve as direct testimony by **July 25, 2014**.

The parties are directed to meet and confer and file a joint report by **August 8, 2014**, addressing the following details related to the evidentiary hearing: (1) the time each side requests to present evidence; (2) the exhibits each side proposes to introduce; (3) any stipulations between and among the parties; and (4) proposed dates for the hearing. Also by **August 8, 2014**,

1  the parties shall file any motions in limine and *Daubert* motions, with oppositions due by **August
2  15, 2014**. A pre-evidentiary hearing confirmation proceeding will be held on **August 18, 2014 at
3  9 a.m.**
4           IT IS SO ORDERED.
5  DATED:  May 22, 2014.

_____
UNITED STATES DISTRICT JUDGE

2