BENJAMIN B. WAGNER
United States Attorney
RICHARD BENDER
SAMUEL WONG
GREGORY T. BRODERICK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-449-KJM |
| Plaintiff, | STIPULATION AND ORDER TO ALTER BRIEFING SCHEDULE |
| v. | Date:  August 18, 2014 |
| BRYAN SCHWEDER, et al., | Time:  9:00 am |
| Defendants. | Judge:  Hon. Kimberly J. Mueller |

Pursuant to this Court's May 23, 2014, Order (Dkt. No. 294), the parties are required to submit any *Dabuert* or other *in limine* motions for the as-yet unscheduled evidentiary hearing on or before August 8, 2014.  After meeting and conferring to narrow the issues in dispute, the parties agree that the motions are more complex than anticipated, and that an alteration of the briefing schedule would permit the parties to submit moving and opposition papers of maximum use to the Court.  Therefore, the parties stipulate to an extension up to and including August 12, 2014, for filing motions in *limine* or *Daubert* motions, and further agree that any opposition to such papers should be due on or before August 20, 2014.

All other dates shall remain as currently scheduled.  The parties will file the Joint Statement required by the May 23, 2014, Order on August 8, 2014, and plan to appear at the August 18, 2014, "pre-evidentiary hearing confirmation proceeding" on that date.  Should the Court continue the August 18, 2014, hearing until after the opposition papers are filed, Ms. Zilg advises the Court that she is unavailable on August 25, 2014, due to an out-of-state Court appearance.

**Stip. and Order re *Daubert*/MILBriefing Schedule**                                                                                1

1 | RESPECTFULLY SUBMITTED,

2 | DATED: August 7, 2013                    BENJAMIN B. WAGNER
                                             United States Attorney

3

4 |                                          By:    */s/ Gregory T. Broderick*
                                                    GREGORY T. BRODERICK
                                                    Assistant United States Attorney

5

6 | DATED: August 7, 2013

                                             By:    */s/ Zenia K. Gilg*
7 |                                                 ZENIA K. GILG
                                                    Attorney for Defendant Brian Pickard

## ORDER

**IT IS SO ORDERED**

DATED:   August 8, 2014.

_____
UNITED STATES DISTRICT JUDGE