BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
SAMUEL WONG
GREGORY BRODERICK
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRYAN R. SCHWEDER, ET AL.,<br><br>Defendants. | 2:11-CR-00449-KJM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Bryan R. Schweder, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Bryan R. Schweder's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Real property located at 420 Highway 3 (also known as State Route 3), Hayfork, California, APN's: 015-270-03-00 and 015-270-04-00 and more fully described in Exhibit A attached hereto;
    b. A Colt, Model 1911, .45 caliber semi-automatic pistol, serial number 2897837;
    c. A Glock, Model 19, 9 millimeter semi-automatic pistol, serial number PPW858;
    d. A Taurus, .38 Special caliber revolver, serial number CP48469;
    e. A Smith and Wesson, Model 469, 9 millimeter semi-automatic pistol, serial number A856886;
    f. A C.N. Romarm S.A. rifle, Model AK 47, 7.62 x 39 millimeter semi-automatic rifle, serial number 1973EU3879;

      g.    An Uzi, Model B, 9 millimeter semi-automatic firearm, serial number SA71197;
      h.    A Rossi, .44 Magnum caliber lever action rifle, serial number SM064584;
      i.    A JP Sauer rifle, serial number 29291, with no other legible markings; and
      j.    All ammunition for the aforementioned firearms.

2. The above-listed property constitutes or is derived from proceeds obtained, directly or indirectly, as a result of a violation of 21 U.S.C. §§ 846 and 841(a)(1), or was used, or intended to be used to commit or to facilitate the commission of a violation of 21 U.S.C. §§ 846 and 841(a)(1).

3. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

SO ORDERED this 26th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE

# Exhibit A
## Legal Description
Real property located at 420 Highway 3 (also known as State Route 3), Hayfork, California

PARCEL NO. 1:

All that fractional part of the West half of the Southwest quarter of Section 35, Township 32 North, Range 11 West, M.D.B.& M., according to the official plat thereof, described as:

Beginning at a point in the Southeast line of the State Highway right of way from which point the Southwest corner of said Section 35 bears South 17°45' West 1710.2 feet, thence running;

    1st - South 8°36' West 387.92 feet;
    2nd - North 65°45' West 104.5 feet;
    3rd - North 23°41' West 193.16 feet to the Southeast line of State Highway right of way;
    4th - North 35°03' East 200 feet to the point of beginning

PARCEL NO. 2:

All the fractional portion of the West half of the Southwest quarter of Section 35, Township 32 North, Range 11 West, M.D.M., according to the official plat thereof described as follows:

Beginning at a point in the Southeast line of the California State Highway right of way from which point the Southwest corner of said Section 35, bears South 20°14' West 1901.1 feet; thence running (1st) South 8°36' East 571.22 feet; (2nd) South 71°10' West 73 feet; (3rd) North 65°45' West 103.5 feet; (4th) North 8°36' West 387.92 feet to a point in the Southeast line of the California State Highway; (5th) from a tangent that bears North 35°03' East on a curve to the right with a radius 950 feet, through an angle of 12°28', a distance of 206.8 feet to the point of beginning.

APN# 015-270-04-00