PHILLIP A. TALBERT
Acting United States Attorney
RICHARD J. BENDER
SAMUEL WONG
GREGORY BRODERICK
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>BRYAN R. SCHWEDER,<br>BRIAN J. PICKARD, and<br>JUAN MADRIGAL OLIVERA,<br>      aka Juan Olivera Madrigal, ET AL.,<br><br>            Defendants. | 2:11-CR-00449-KJM<br><br>FINAL ORDER OF FORFEITURE |

On January 26, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Bryan R. Schweder, forfeiting to the United States the following property:

   a.   Real property located at 420 Highway 3 (also known as State Route 3), Hayfork, California, APN's: 015-270-03-00 and 015-270-04-00 and more fully described in Exhibit A attached hereto;
   b.   A Colt, Model 1911, .45 caliber semi-automatic pistol, serial number 2897837;
   c.   A Glock, Model 19, 9 millimeter semi-automatic pistol, serial number PPW858;
   d.   A Taurus, .38 Special caliber revolver, serial number CP48469;
   e.   A Smith and Wesson, Model 469, 9 millimeter semi-automatic pistol, serial number A856886;
   f.   A C.N. Romarm S.A. rifle, Model AK 47, 7.62 x 39 millimeter semi-automatic rifle, serial number 1973EU3879;
   g.   An Uzi, Model B, 9 millimeter semi-automatic firearm, serial number SA71197;
   h.   A Rossi, .44 Magnum caliber lever action rifle, serial number SM064584;
   i.   A JP Sauer rifle, serial number 29291, with no other legible markings; and
   j.   All ammunition for the aforementioned firearms.

On or about March 28, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(a), and Fed. R. Cr. P. 32.2(b), based upon the plea agreement entered into between plaintiff and defendant Brian J. Pickard, forfeiting to the United States the following property:

    a.    A Mossburg, Model 500A 12-gauge shotgun, serial number T183783;
    b.    All ammunition for the aforementioned firearm;
    c.    Silver in the approximate weight of 263 ounces;
    d.    Gold in the approximate weight of one ounce; and
    e.    A money judgment in the mount of $25,000.00.

On March 30, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement and the stipulation and application for preliminary order of forfeiture entered into between plaintiff and defendant Juan Madrigal Olivera, aka Juan Olivera Madrigal, forfeiting to the United States the following property:

    a.    Approximately $2,195.00 in U.S. Currency, and
    b.    A 2002 Chevrolet Silverado 1500 Truck, License Number 6Z96575, VIN: 2GCEC19V121405731.

Beginning on March 16, April 9, and May 17, 2016, for at least 30 consecutive days, the United States published notice of the Court's Orders of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals or entities known to have an alleged interest in the above-described property:

| **Person/Entity** | **Address** | **Date** | **PS Form 3811 signed** (certified mail "green card" showing delivery of mail) |
|---|---|---|---|
| Douglas E. Mead | 2869 Irwin Road, Apt. A Redding, CA 96002 | 3/16/16 | 3/21/16 signed by Doug Mead |
| Ken or Len Garner | 1835 Park Ave Red Bluff, CA 96080-2545 | 3/16/16 | 3/19/16 signed by Ken Garner |
| Man Zahid Khasib | 3622 Backer Staff, Apt. 2 Lafayette, CA 94549 | 3/16/16 | Returned to Sender 3/28/16, attempted – not known, unable to forward |
| Kenneth Lietz | 233 Freeport Dr. Bloomingdale, IL 60108-1719 | 3/16/16 | 3/19/16 signed by Michael Welch |
| Kenneth Lietz | 517 Drake Lane Bloomingdale, IL 60108-5403 | 3/16/16 | 3/19/16 |
| Troy Paulson | 19412 90th Ave. CT E Graham, WA 98338-6498 | 3/16/16 | 3/19/16 signed by Natasha Paulson |

| Person/Entity | Address | Date | **PS Form 3811 signed** (certified mail "green card" showing delivery of mail) |
|---|---|---|---|
| Karen Niemi | 7240 Walnut Road<br>Fair Oaks, CA 95628-6724 | 3/16/16 | Returned to Sender 3/28/16, not deliverable as addressed, unable to forward |
| Frantil Duran | 1432 S. Campbell Ave., Unit A<br>Alhambra, CA 91803 | 3/16/16 | Returned to Sender 4/12/16, unclaimed |
| Mountain Communities Healthcare District | Att: Janene Jones<br>P.O. Box 2988<br>Weaverville, CA 96093 | 3/16/16 | 3/18/16 signed by Anamarie Frazier |
| Miguel Perez | 1829 Roosevelt St.<br>Redwood City, CA 94061 | 3/16/16 | Returned to Sender 4/27/16, attempted – not known, unable to forward |
| Miguel Perez | 1559 Kavanaugh Dr.<br>East Palo Alto, CA 94303-1133 | 3/16/16 | Returned to Sender 5/4/16, not deliverable as addressed, unable to forward |
| Karen Niemi | 220 E Street<br>Riddle, OR 97469-8733 | 4/4/16 | Returned to Sender 4/18/16, not deliverable as addressed, unable to forward |
| Teresa Ann Pickard | 18890 Cobblestone Dr.<br>Cottonwood, CA 96022 | 4/4/16 | 4/6/16 signed by Teresa Pickard |
| Karen Niemi | c/o Matthew C. Bockmon<br>Office of The Federal Defender<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814 | 8/24/16 | 8/26/16 signed for; Also sent via email to Matthew Bockmon on 8/24/16 |

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), 21 U.S.C. § 853(a), and Fed. R. Cr. P. 32.2(b), including all right, title, and interest of Bryan R. Schweder, Brian J. Pickard, Juan Madrigal Olivera, aka Juan Olivera Madrigal, Douglas E. Mead, Ken Garner, Man Zahid Khasib, Kenneth Lietz, Troy Paulson, Karen Niemi, Frantil Duran, Mountain Communities Healthcare District, Miguel Perez, and Teresa Ann Pickard, whose rights to the below-listed property are hereby extinguished:

    a. Real property located at 420 Highway 3 (also known as State Route 3), Hayfork, California, APN's: 015-270-03-00 and 015-270-04-00 and more fully described in Exhibit A attached hereto;
    b. A Colt, Model 1911, .45 caliber semi-automatic pistol, serial number 2897837;
    c. A Glock, Model 19, 9 millimeter semi-automatic pistol, serial number PPW858;
    d. A Taurus, .38 Special caliber revolver, serial number CP48469;
    e. A Smith and Wesson, Model 469, 9 millimeter semi-automatic pistol, serial number A856886;
    f. A C.N. Romarm S.A. rifle, Model AK 47, 7.62 x 39 millimeter semi-automatic rifle, serial number 1973EU3879;
    g. An Uzi, Model B, 9 millimeter semi-automatic firearm, serial number SA71197;
    h. A Rossi, .44 Magnum caliber lever action rifle, serial number SM064584;
    i. A JP Sauer rifle, serial number 29291, with no other legible markings;
    j. All ammunition for the aforementioned firearms;
    k. A Mossburg, Model 500A 12-gauge shotgun, serial number T183783;

      l.     All ammunition for the aforementioned firearm;
      m.    Silver in the approximate weight of 263 ounces;
      n.     Gold in the approximate weight of one ounce;
      o.     A money judgment in the mount of $25,000.00, plus all accrued interest;
      p.     Approximately $2,195.00 in U.S. Currency, plus all accrued interest; and
      q.     A 2002 Chevrolet Silverado 1500 Truck, License Number 6Z96575, VIN: 2GCEC19V121405731.

The above-listed property shall be disposed of according to law.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 30th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE

**Exhibit A**
**Legal Description**
Real property located at 420 Highway 3 (also known as State Route 3), Hayfork, California

PARCEL NO. 1:

All that fractional part of the West half of the Southwest quarter of Section 35, Township 32 North, Range 11 West, M.D.B.& M., according to the official plat thereof, described as:

Beginning at a point in the Southeast line of the State Highway right of way from which point the Southwest corner of said Section 35 bears South 17°45' West 1710.2 feet, thence running;

    1st - South 8°36' West 387.92 feet;
    2nd - North 65°45' West 104.5 feet;
    3rd - North 23°41' West 193.16 feet to the Southeast line of State Highway right of way;
    4th - North 35°03' East 200 feet to the point of beginning

PARCEL NO. 2:

All the fractional portion of the West half of the Southwest quarter of Section 35, Township 32 North, Range 11 West, M.D.M., according to the official plat thereof described as follows:

Beginning at a point in the Southeast line of the California State Highway right of way from which point the Southwest corner of said Section 35, bears South 20°14' West 1901.1 feet; thence running (1st) South 8°36' East 571.22 feet; (2nd) South 71°10' West 73 feet; (3rd) North 65°45' West 103.5 feet; (4th) North 8°36' West 387.92 feet to a point in the Southeast line of the California State Highway; (5th) from a tangent that bears North 35°03' East on a curve to the right with a radius 950 feet, through an angle of 12°28', a distance of 206.8 feet to the point of beginning.

APN# 015-270-04-00