1  MCGREGOR W. SCOTT
   United States Attorney
2  RICHARD J. BENDER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0449 KJM |
| Plaintiff, | STIPULATED SCHEDULE and SCHEDULING ORDER |
| v. | |
| BRYAN R. SCHWEDER, | |
| Defendant. | |

In light of the Court's scheduling of the evidentiary hearing based on the remand from the Ninth Circuit Court of Appeals in this case, the parties have met and conferred, agreed to the following schedule and request that the Court adopt the schedule in anticipation of the calendared evidentiary hearing for the week of April 1, 2019:

| | |
|---|---|
| Simultaneous legal briefing on the applicable CA medical marijuana law: | December 14, 2018 |
|     Response (optional): | January 18, 2019 |
| Defense witness disclosure with proffer of subject matter of testimony: | December 31, 2018 |
| Government's witness disclosure with proffer of subject matter of testimony: | January 31, 2019 |
| Status Conference (confirming hearing date and starting process secure defendant's presence at evidentiary hearing): | February 11, 2019 @ 9:00 a.m. (presently set but likely to be rescheduled as issues arise) |

SCHEDULING STIPLATION./ORDER

1

| | | |
|---|---|---|
| Declarations containing direct testimony of witnesses from both parties: | | February 11, 2019 |
| Any supplements to witness list/declarations containing direct testimony of witnesses in response to opposing parties' declarations (limit of two without leave of court): | | March 4, 2019 |
| Motions in limine: | | March 11, 2019 |
|    Response: | | March 18, 2019 |
|    Reply (optional): | | March 25, 2019 |
| Evidentiary Hearing: | | April 1-5, 2019 |

It is requested that the Court approve the above and adopt it as the schedule going forward.

Dated: November 7, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ RICHARD J. BENDER
RICHARD J. BENDER
Assistant United States Attorney

Dated:

Greg Anton (authorized November 8, 2018)
GREG ANTON
Attorney for Bryan Schweder

## ORDER

It is so ORDERED this 14th date of November, 2018.

_____
UNITED STATES DISTRICT JUDGE