Chris P. Andrian, CSB #53073
ANDRIAN & GALLENSON
1100 Mendocino Avenue
Santa Rosa, California 95401
Telephone: (707) 527-9381

Greg Anton, CSB #75371
P.O. Box 2564
Sebastopol, California 95473
Telephone: (707) 789-8535

Attorneys for Defendant
BRYAN S. SCHWEDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:11-CR-0449-KJM |
| Plaintiff, | ~~[Proposed]~~ ORDER OF ~~THE~~ COURT |
| v. | |
| BRYAN S. SCHWEDER, | |
| Defendant. | |
| _____/ | |

Defendant's Application for Issuance of Subpeonas pursuant to Federal Rules of Criminal Procedure, Rule 17(b), requiring the attendance of witnesses at the *McIntosh Hearing* scheduled to begin April 1, 2019, is GRANTED.

The Court has considered the application and determined: (1) that Defendant has made a satisfactory showing that he is financially unable to pay the fees and costs associated with the subpoenas; and (2) the witnesses are necessary to an adequate defense of this case.

- 1 -

|  |  |
|---|---|
| 1 | Therefore, it is hereby ORDERED that subpoenas be issued for the following |
| 2 | witnesses: |
| 3 | JAMES FAYCURRY; |
| 4 | DONALD ROGERS; |
| 5 | KAREN NIEMI; |
| 6 | STEPHANIE LOWE; |
| 7 | DELILAH COTTO; |
| 8 | JOEL MONIZ |
| 9 | It is FURTHER ORDERED that the costs and fees incurred in connection with the |
| 10 | issuance of these subpoenas shall be paid in the same manner in which similar costs |
| 11 | and fees are paid for witnesses the government subpoenas. |

DATED: March 20, 2019

_____
MAGISTRATE JUDGE