1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7           FOR THE EASTERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,      )      Case №: 2:11-cr-0449 KJM
                                   )
9              Plaintiff,          )
                                   )          **O R D E R**
10        vs.                      )      **APPOINTING COUNSEL**
                                   )
11   BRYAN SCHWEDER,               )
                                   )
12             Defendant.          )
                                   )
13   _____)

14        Mr. Anton seeks appointment to assist the defendant with a request to modify terms of

15   probation. The Federal Defender supports this appointment. Greg Anton is hereby specially

16   appointed effective November 29, 2021. The defendant continues to qualify for appointed

17   counsel.

18   DATED:  December 17, 2021.

19                                 _____

20                                 CHIEF UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28